Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HELEN HUGHES, OBO**<br>**RAY ALLEN HUGHES, DECEASED**<br><br>Plaintiff,<br><br>v.<br><br>**Commissioner of Social Security,**<br><br>Defendant. | 6:13-CV-01631-PK<br><br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4,091.74. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

It is so ORDERED
Dated this 10th day of ~~August~~ SEPT., 2014

_____
United States Magistrate/~~District~~ Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1